**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| *FAYE IRENE GUENTHER, an individual,* <br>         *Plaintiff-Appellant* <br><br> *v.* <br><br> *JOSEPH H. EMMONS, individually and OSPREY FIELD SERVICES, LLC, a limited liability company,* <br>         *Defendants – Appellees* | 9th Cir. No. 25-280 <br><br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Faye Irene Guenther, Plaintiff-Appellant, and Joseph H. Emmons and Osprey Field Services, LLC, Defendants-Appellees, by and through their respective undersigned counsel, hereby stipulate and jointly move, pursuant to Federal Rule of Appellate Procedure 42(b)(1) for an order dismissing the above-captioned appeal. The appeal currently consolidated with this one, No. 25-3650, will proceed. The parties will reach out to the Circuit Mediator regarding a new briefing schedule for that appeal.

The parties have agreed that each side shall bear its own costs and fees on this appeal (No. 25-280).

//

//

//

//

1

Stipulated this 22nd day of July, 2025.

s/Gabe Frumkin_____
Dmitri Iglitzin, WSBA No.: 17673
Gabe Frumkin, WSBA No.: 56984
BARNARD IGLITZIN & LAVITT LLP
18 West Mercer St, Suite 400
Seattle, WA 98119
iglitzin@workerlaw.com
frumkin@workerlaw.com
*Attorneys for Faye Irene Guenther, Plaintiff-Appellant*


s/John A. DiLorenzo_____
John A. DiLorenzo
Ambika Kumar
Sara Anne Fairchild
Matthew Ladew
DAVIS WRIGHT TREMAINE
560 SW 10th Avenue, Suite 700
Portland, OR 97205
johndilorenzo@dwt.com
ambikadoran@dwt.com
sarafairchild@dwt.com
matthewladew@dwt.com

*Attorneys for Joseph H. Emmons and Osprey Field Services, LLC, Defendants-Appellees*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document on this date

with the Clerk of the Court for the United States Court of Appeals for the Ninth

Circuit using the Appellate Electronic Filing system which will send notification of

such filing to the following:

Date: July 22, 2025

_____
Esmeralda Valenzuela, Paralegal