UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual, <br><br> Plaintiff - Appellant, <br><br> UNITED FOOD AND COMMERCIAL WORKERS UNION - LOCAL 3000, a non-profit corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH H. EMMONS, individually and OSPREY FIELD SERVICES, LLC, a limited liability company, <br><br> Defendants - Appellees. | No. 25-280 <br><br> D.C. No. 2:22-cv-00272-TOR <br> Eastern District of Washington, Spokane <br><br> ORDER |
| FAYE IRENE GUENTHER, <br><br> Plaintiff - Appellee, <br><br> UNITED FOOD AND COMMERCIAL WORKERS UNION - LOCAL 3000; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH H. EMMONS and OSPREY FIELD SERVICES, LLC, <br><br> Defendants - Appellants. | No. 25-3650 <br> D.C. No. 2:22-cv-00272-TOR <br> Eastern District of Washington, Spokane |

Pursuant to the stipulation of the parties (Docket Entry No. 17), appeal no. 25-280 is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court for appeal no 25-280 only.

Appeal no. 25-3650 shall proceed. The briefing schedule shall be reset by separate order.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator